IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Nos. 23-4407(L) and No. 23-4548

(1:22-cr-00375-CCE-2 and 1:22-cr-00375-CCE-4)

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

ZURIEL GUZMAN and

GABRIEL PALACIOS-JAIMES

Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

## **MOTION TO DECONSOLIDATE APPEALS BY MR. GUZMAN**

NOW COMES the Appellant Zuriel Guzman, through undersigned counsel and moves the Court to deconsolidate the appeals of the above-referenced Appellants. *See* Local Rule 28(d).  In support of this motion, counsel for Mr. Guzman shows unto the Court the following:

1. On June 15, 2023 Mr. Guzman's appeal was docketed with the Court. (Doc. 1).

2. Undersigned counsel entered appearance for Mr. Guzman on July 7, 2023. (Doc. 3).

3. On August 18, 2023, a briefing order was filed requiring that the opening brief and appendix be filed by September 22, 2023. (Doc. 7).

4. On August 25, 2023, orders were issued rescinding the briefing schedule and consolidating Appellant Gabriel Palacios-Jaimes' appeal with Mr. Guzman's appeal. (Doc. 9 & 10).

5. On September 7, 2023, William Robert Terpening entered notice of appearance for Appellant Palacios-Jaimes. (Doc. 14).

6. On November 1, 2023, the Court issued a briefing order requiring the opening brief and appendix to be filed by December 6, 2023.

7. Undersigned counsel has thoroughly reviewed all materials and relevant law in Appellant's case. Undersigned counsel has concluded that the filing of an *Anders* brief in Appellant Guzman's case is appropriate.

8. Undersigned counsel has contacted Attorney Terpening regarding counsel's intention to file an *Anders* brief in Appellant Guzman's case. Attorney Terpening has indicated that based on available information at this time, Counsel for Appellant Palacios-Jaimes does not intend to file an *Anders* brief.

WHEREFORE, Counsel for Appellant Guzman moves the Court deconsolidate his appeal from Appellant Palacios-Jaimes and be permitted to file a separate opening brief and joint appendix.

2

Respectfully submitted this the 16th day of November 2023.

/s/ Brian Michael Aus
BRIAN MICHAEL AUS
PO Box 1345
Durham, NC 27702
NCBN 12845
(919) 666-7690
brianauslaw@gmail.com

*COUNSEL FOR APPELLANT GUZMAN*

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 16th day of November 2023, I caused this

Motion To Deconsolidate Appeals By Mr. Guzman be filed electronically with the

Clerk of the Court using the CM/ECF System, which will send notice of such filing

to the following registered CM/ECF users:

Kyle D. Poussan
Assistant United States Attorney
OFFICE OF THE U.S. ATTORNEY
101 S. Edgeworth St., 4th Floor
Greensboro, North Carolina 27401
(336) 333-5351
*Counsel for Appellee*

Mr. William R. Terpening, Esq.
5950 Fairview Rd.
Suite 808
Charlotte, NC 28210
(980) 265-1700
*Counsel for Appellant Palacios-Jaimes*

/s/ Brian Michael Aus
*Counsel for Appellant Guzman*